IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **OSCAR GARCIA,** | : | CIVIL ACTION NO. 3:23-CV-565 |
| Petitioner | : | (Judge Neary) |
| v. | : | |
| **WARDEN R. THOMPSON,** | : | |
| Respondent | : | |

## ORDER

AND NOW, this 20th day of March, 2025, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DENIED.

2. The Clerk of Court is directed to CLOSE this case.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania